. <em>Judgment affirmed. All the Justices concur.</em><br>DECEMBER 17, 1915.

Equitable petition. Before Judge Reid. Clayton superior court. November 14, 1914.

*F. A. Quillian, C. B. Copeland, A. C. Corbett,* and *Humphries & Humphries,* for plaintiff in error.

*Alonzo Field* and *Colquitt & Conyers,* contra.

---

DONALDSON <em>v.</em> CHANCE.

BECK, J. 1. To make an objection to evidence available in the reviewing court, it must appear that objection was made and upon what grounds it was made in the trial court.

2. Under the evidence contained in the record, there was no error in dismissing the certiorari, thereby affirming the judgment of the ordinary in the habeas-corpus proceedings.

<em>Judgment affirmed. All the Justices concur.</em><br>DECEMBER 17, 1915.

Habeas corpus. Before Judge Walker. Emanuel superior court. April 16, 1915.

*T. N. Brown,* for plaintiff.

*Williams & Bradley,* for defendant.